IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE NORTHERN,

    Plaintiff,

v.

ANTHONY HENTZ, GEORGIA KOSTOHRYZ, DEBRA TIDQUIST, LIN KIMPEL and TAMMY MAASSEN[1],

    Defendants.

ORDER

Case No. 19-cv-120-jdp

In an order entered on April 22, 2020, plaintiff Lawrence Northern was granted leave to proceed against defendants Anthony Hentz, Georgia Kostohryz, Debra Tidquist, Lin Kimpel and Tammy Maassen. Pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, the Wisconsin DOJ has filed an Acceptance of Service on behalf of all defendants except defendant Lin Kimpel.

Because plaintiff paid the full $400 filing fee, he is responsible for effecting service on defendant Lin Kimpel following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit." I am directing the clerk's office to forward the summons, complaint (dkt. 1) and the court's April 22, 2020 screening order (dkt. 6) to plaintiff to arrange for service on defendant Lin Kimpel.

The Wisconsin DOJ has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document

---

[1] I have amended the case caption to provide the full and correct spelling of defendants' names as identified in the Acceptance of Service. Dkt. 8.

1

filed with the court to the Wisconsin DOJ or defendants Anthony Hentz, Georgia Kostohryz, Debra Tidquist and Tammy Maassen.

However, because the Wisconsin DOJ is not representing defendant Lin Kimpel, plaintiff will still be required to send paper copies of each document filed with the court to counsel for Lin Kimpel. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the soon-to-be-scheduled preliminary pretrial conference.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons, complaint (dkt. 1) and the court's April 22 screening order (dkt. 6) to plaintiff to arrange for service on defendant Lin Kimpel. Plaintiff is to promptly serve these documents on defendant Lin Kimpel and file proof of service as soon as service has been accomplished.

Entered this 19th day of May, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge