IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2021 MAY 10 AM 11: 24

PETER OPPENEER
CLERK US DIST CT
WD OF WI

LAWRENCE NORTHERN,

    Plaintiff,

vs.

Case No. **19-cv-120-jdp**

ANTHONY HENTZ, et al.,

    Defendants.

---

### PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

---

Pursuant to the Court's Preliminary Pretrial Conference Order, dated September 28, 2020, and Fed. R. Civ. P. 26(a)(2), Plaintiff Lawrence Northern respectfully submits this disclosure in accordance with the schedule set out by the Court.

### EXPERT WITNESSES

At this time, plaintiff does not have an expert witness to name and reserve his right to amend/supplement this disclosure if or when an expert becomes available. Nonetheless, it should be noted that medical experts rarely if ever, engage and compose a report for pro se plaintiff without benefit of counsel.

Additionally, there is more than eight (8) months left before trial. A disclosure of expert testimony is timely so long as it occurs at least 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D); Griffin v. Foley, 542 F.3d 209, 213 n.7 (7th Cir. 2008). And summary judgment motions are due July which the trial date will still be six (6) months out.

### MEDICAL WITNESSES WHO DO NOT PROVIDE A WRITTEN REPORT

Below is a list of names of person (treating medical staff) who who could possibly offer evidence only about what treatment they provided, what they did or failed to do:

\* Anthony Hentz

& Georgia Kostohryz

\* Debra Tidquist

\* Tammy Maassen

Dated the 5th day of May, 2021.

Respectfully yours,

Lawrence Northern #427813