September 19, 2021

Office of the Clerk
U.S. District Court
120 North Henry St., Rm 320
Madison, WI 53703

        Re:    19-cv-120-jdp, Northern v. Hentz, et al.
                **Rule 15 submissions**

Dear Clerk:

On September 1, 2021, the court docket reflected #35 as the last entry. I recently received defendants reply brief materials. Those submissions were docketed as (Dkt. #36) through (Dkt.#38). However, in the interium, on September 6, 2021, I mailed to this court a notice of Motion and Motion to file a supplemental pleading under Rule 15 but the record seems to be devoid of my September 6th Rule 15 submissions.

I am writing to inquiry whether the court received my Rule 15 pleading materials? if so, why those filings reflective in the court docket?

I look forward to hearing from you in this regards. Thank you for your attention in this matter.

Respectfully,

Lawrence Northern #427813
Jackson Correctional Institution
P.O. Box 233
Black River Falls, WI 54615