# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE NORTHERN

     Plaintiff,

v.                                                       Case No. 19-cv-120-jdp

ANTHONY HENTZ, GEORGIA KOSTOHRYZ,
DEBRA TIDQUIST, NURSE KIMPEL,
CATHY JESS, and TAMMY MAASSEN,

     Defendants.

---

## MOTION TO WITHDRAW

---

**COMES NOW**, Attorney Lonnie D. Story, Esq., of Story Law Firm, LLC, and hereby moves this Honorable Court for an Order permitting him to withdraw as counsel for Plaintiff, Lawrence Northern, and as grounds therefore states:

    1.    Communications between plaintiff and undersigned have devolved and plaintiff no longer desires representation by the undersigned in this matter

WHEREFORE, Counsel requests that this Honorable Court enter an Order allowing Counsel to withdraw as Attorney of Record for the Plaintiff.

Dated this 25th day of April, 2022.

                                                                       **RESPECTFULLY SUBMITTED**,

Electronically signed.                                          /s/ Lonnie D. Story
                                                                      Lonnie D. Story, Esquire

Wisconsin Office:                                          STORY LAW FIRM, LLC
1535 E. Racine Avenue                              Wis. Bar #1121459
Waukesha, WI  53186                                 Main Office:
                                                                      732 N. Halifax Avenue, #301
                                                                    Daytona Beach, Florida 32118
                                                                    (386) 492-5540
                                                                    lstorylaw@gmail.com

1