IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE NORTHERN,

            Plaintiff,

v.                                                                                          ORDER

ANTHONY HENTZ, GEORGIA KOSTOHRYZ,                     19-cv-120-jdp
and DEBRA TIDQUIST,

            Defendants.

---

After plaintiff Lawrence Northern retained counsel I granted his request to extend his deadline to produce expert disclosures. Dkt. 83. Northern submitted his disclosures by the new August 4 deadline, but those disclosures did not include a retained expert. Northern has now filed a motion to extend his deadline further to disclose Dr. Tariq Azam. Dkt. 92. He followed with amended disclosures and a report from Azam.

Defendants object, stating that Northern hasn't shown good cause to extend the deadline yet again and suggesting that it would be difficult to be prepared for the newly scheduled January 8 date if Northern is allowed to disclose Azam.

I will grant Northern's motion and accept his amended expert disclosures for largely the same reasons that I allowed Northern his previous extension. And Northern's counsel has adequately explained that the expert they planned on disclosing dropped out and that they moved quickly to find a replacement.

I will also grant defendants' motion to reopen discovery for the limited purpose of addressing expert testimony. In recognition of the potential prejudice defendants may face by having to counter Northern's expert disclosure, I will give them a short time to request a new trial date.

ORDER

IT IS ORDERED that:

1. Plaintiff Lawrence Northern's motion for extension of time to file expert disclosures, Dkt. 92, is GRANTED.

2. Defendants' motion to reopen discovery, Dkt. 93, is GRANTED.

3. Defendants may have until October 6, 2023, to move for a new trial date.

Entered September 7, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge